1  STAN S. MALLISON (Bar No. 184191)
      Stanm@TheMMLawFirm.com
2  HECTOR R. MARTINEZ (Bar No. 206336)
      Hectorm@TheMMLawFirm.com
3  MATTHEW S. TURNBULL (Bar No. 307271)
      Matt@TheMMLawFirm.com
4  LILIANA GARCIA (Bar No. 311396)
      Lgarcia@TheMMLawFirm.com
5  NATALIA RAMIREZ LEE (Bar No. 322017)
      Nramirezlee@TheMMLawFirm.com
6  MALLISON & MARTINEZ
   1939 Harrison Street, Suite 730
7  Oakland, California 94612-3547
   Telephone: (510) 832-9999
8  Facsimile: (510) 832-1101

9  Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRA PEREZ, ARACELI MAGDALENO, MARTIN PRUDENCIO DIAZ, JAIME ESPINOZA, MARTIN MENDOZA CARRILLO, SAUL TOLENO, LUIS TORRES, FELIX RAFAEL, NICOLAS BOLANOS, MARISOL CUEVAS R., AUGOSTO PABLO CHALES, and MIGUEL ANDRES, individually, and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>DELTA PACKING COMPANY OF LODI, a California Corporation, JONNY DIAZ FLORES, an individual; PABLO DIAZ FLORES, an individual; LUCIANO DIAZ BERNABE, an individual, and DOES ONE through TWENTY inclusive,<br><br>Defendants. | Case No.: 2:19-cv-02228-JAM-EFB<br><br>**PLAINTIFFS' *EX PARTE* REQUEST FOR ADDITIONAL TIME TO EFFECT SERVICE ON DEFENDANTS JONNY DIAZ FLORES AND LUCIANO DIAZ BERNABE** |

1

**TO THE HONORABLE COURT AND ALL INTERESTED PARTIES:**

Plaintiffs ALEJANDRA PEREZ, ARACELI MAGDALENO, MARTIN PRUDENCIO DIAZ, JAIME ESPINOZA, MARTIN MENDOZA CARRILLO, SAUL TOLENO, LUIS TORRES, FELIX RAFAEL, NICOLAS BOLANOS, MARISOL CUEVAS R., AUGUSTO PABLO CHALES, and MIGUEL ANDRES ("Plaintiffs"), by and through their counsel of record, Mallison & Martinez, hereby present this *ex parte* request to obtain additional time to serve Defendants Jonny Diaz Flores and Luciano Diaz Bernabe. This request is made pursuant to Federal Rule of Civil Procedure, Rule 6.

WHEREAS, the complaint in this matter was filed on November 4, 2019 (Doc. 1);

WHEREAS, Rule 4(m) of the Federal Rules of Civil Procedure provides that defendants are to be served 90 days from the date of the filing of the complaint—in this matter, defendants are to be served by February 2, 2020;

WHEREAS, Plaintiffs have contacted the Court regarding the Court's availability to hear a motion requesting that they be permitted to serve Defendants Jonny Diaz Flores and Luciano Diaz Bernabe by publication, which motion will detail the diligent efforts Plaintiffs have undertaken to effect service on Defendants Jonny Diaz Flores and Luciano Diaz Bernabe (see Declaration of Liliana Garcia filed herewith), but the Court's earliest availability to hear such motion is April 7, 2020, after the time within which Plaintiffs must effect service on all defendants expires.

NOW, THEREFORE, Plaintiffs hereby respectfully request that the Court extend the last date by which Plaintiffs may serve Defendants to May 12, 2020 in order to permit the motion to serve Defendants Jonny Diaz Flores and Luciano Diaz Bernabe by publication to be heard on April 7, 2020 and an Order issued thereon, and publication to be effected, which requires four successive weeks of publication pursuant to California Government Code Section 6064.

//
//
//
//
//

Respectfully submitted,

Dated: January 31, 2020

**MALLISON & MARTINEZ**

By: Liliana Garcia
Attorneys for Plaintiffs

## ORDER

Upon request of Plaintiffs, and good cause appearing, **IT IS HEREBY ORDERED** that the time within which Plaintiffs must serve the complaint on all defendants is hereby extended from February 2, 2020 to May 12, 2020.

IT IS SO ORDERED.

Dated: 2-3-2020

UNITED STATES DISTRICT JUDGE

3

Plaintiffs' *Ex Parte* Request       Case No. 2:19-cv-02228-JAM-EFB