STAN S. MALLISON (Bar No. 184191)
　Stanm@TheMMLawFirm.com
HECTOR R. MARTINEZ (Bar No. 206336)
　Hectorm@TheMMLawFirm.com
LILIANA GARCIA (Bar No. 311396)
　Lgarcia@TheMMLawFirm.com
MALLISON & MARTINEZ
1939 Harrison Street, Suite 730
Oakland, California 94612-3547
Telephone: (510) 832-9999
Facsimile: (510) 832-1101

Attorneys for Plaintiffs

McCormick, Barstow, Sheppard, Wayte & Carruth LLP
Christina C. Tillman, #258627
　Christina.tillman@mccormickbarstow.com
Justin G. Donner, #316504
　Justin.donner@mccormickbarstow.com
7647 North Fresno Street
Fresno, CA 93720
Telephone: (559) 433-1300
Facsimile: (559) 433-2300

Attorneys for Defendant DELTA PACKING
COMPANY OF LODI

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRA PEREZ, ARACELI MAGDALENO, MARTIN PRUDENCIO DIAZ, JAIME ESPINOZA, MARTIN MENDOZA CARRILLO, SAUL TOLENO, LUIS TORRES, FELIX RAFAEL, NICOLAS BOLANOS, MARISOL CUEVAS R., AUGOSTO PABLO CHALES, and MIGUEL ANDRES, individually, and on behalf of others similarly situated,<br><br>　　Plaintiffs,<br><br>vs.<br><br>DELTA PACKING COMPANY OF LODI, a California Corporation, JONNY DIAZ FLORES, an individual; PABLO DIAZ FLORES, an individual; LUCIANO DIAZ BERNABE, an individual, and DOES ONE through TWENTY inclusive,<br><br>　　Defendants. | Case No.:  2:19-cv-02228-JAM-EFB<br><br>**STIPULATION AND ORDER CONTINUING PRE-TRIAL DEADLINES**<br><br>Complaint Filed: November 4, 2019<br>Answer Filed: February 12, 2020<br>Trial Date: October 25, 2021 |

Pursuant to Rules 26 and 29 of the Federal Rules of Civil Procedure, Plaintiffs ALEJANDRA PEREZ, ARACELI MAGDALENO, MARTIN PRUDENCIO DIAZ, JAIME ESPINOZA, MARTIN MENDOZA CARRILLO, SAUL TOLENO, LUIS TORRES, FELIX RAFAEL, NICOLAS BOLANOS, MARISOL CUEVAS R., AUGUSTO PABLO CHALES, and MIGUEL ANDRES ("Plaintiffs"), by and through their counsel of record, Mallison & Martinez, and Defendant DELTA PACKING COMPANY OF LODI ("Defendant"), by and through its counsel of record, McCormick, Barstow, Sheppard, Wayte & Carruth LLP hereby stipulate to continue the pre-trial case scheduling order deadlines (Doc. 15) as described below.

WHEREAS, the Court's March 26, 2021 Status (Pre-trial Scheduling) Order (Doc. 15) sets the following deadlines:

- April 9, 2021: Deadline to disclose expert witness information;
- April 16, 2021: Deadline to provide supplemental witness information and rebuttal expert disclosures;
- May 28, 2021: Deadline to file Brief Joint Statement;
- June 11, 2021: Deadline to complete discovery;
- June 15, 2021: Deadline to meet and confer regarding dispositive motions;
- July 13, 2021: Deadline to file dispositive motions;
- August 10, 2021: Deadline to hear dispositive motions;
- September 10, 2021: Deadline to file Joint Pre-Trial Statement;
- September 17, 2021: Final Pre-Trial Conference;
- October 25, 2021: Jury Trial Begins.

WHEREAS, Plaintiffs are in the process of defaulting the non-responding individual defendants;

WHEREAS, Plaintiffs propounded discovery requests on the only defendant that has appeared in the case: Delta Packing Company of Lodi. Defendant provided responses on February 8, 2021, stating that no responsive documents are in the custody, control, or possession of the

corporate defendant. This includes the crucial timekeeping and payroll documents Plaintiffs seek in this case.

WHEREAS, Plaintiffs' expert is unable to proffer a complete report as required by Rule 26 because no such documents have been produced for expert review and analysis.

NOW THEREFORE, the Parties STIPULATE as follows and respectfully request the Court continue the following deadlines as follows:

- August 9, 2021: Deadline to disclose expert witness information;
- August 16, 2021: Deadline to provide supplemental witness information and rebuttal expert disclosures;
- September 27, 2021: Deadline to file Brief Joint Statement;
- October 11, 2021: Deadline to complete discovery;
- October 15, 2021: Deadline to meet and confer regarding dispositive motions;
- November 13, 2021: Deadline to file dispositive motions;
- January 11, 2022 at 1:30 p.m.: Dispositive Motion Hearing
- February 25, 2022: Deadline to file Joint Pre-Trial Statement;
- March 4, 2022 at 10:00 a.m.: Final Pre-Trial Conference;
- April 18, 2022 at 9:00 a.m.: Jury Trial Begins.

Respectfully submitted,

Dated: April 14, 2021        **MALLISON & MARTINEZ**

/s/ Liliana Garcia
By: Liliana Garcia, Esq.
Attorneys for Plaintiffs

Dated: April 14, 2021        **McCormick, Barstow, Sheppard, Wayte & Carruth LLP**

/s/ Christina C. Tillman
By: Christina C. Tillman, Esq.
Attorneys for Defendant DELTA PACKING COMPANY OF LODI

3

Stipulation Continuing Pre-Trial Deadlines        Case No. 2:19-cv-02228-JAM-EFB

**ORDER**

The Court, having fully considered the Parties' Continuing Pre-Trial Deadlines, HEREBY ORDERS the following changes to the Status (Pre-trial Scheduling) Order (Doc. 15):

- o   August 9, 2021: Deadline to disclose expert witness information;
- o   August 16, 2021: Deadline to provide supplemental witness information and rebuttal expert disclosures;
- o   September 27, 2021: Deadline to file Brief Joint Statement;
- o   October 11, 2021: Deadline to complete discovery;
- o   October 15, 2021: Deadline to meet and confer regarding dispositive motions;
- o   November 13, 2021: Deadline to file dispositive motions;
- o   January 11, 2022 at 1:30 p.m.: Dispositive Motion Hearing
- o   February 25, 2022: Deadline to file Joint Pre-Trial Statement;
- o   March 4, 2022 at 10:00 a.m.: Final Pre-Trial Conference;
- o   April 18, 2022 at 9:00 a.m.: Jury Trial Begins.

**IT IS SO ORDERED.**

DATED:  April 14, 2021         /s/ John A. Mendez
                               THE HONORABLE JOHN A. MENDEZ
                               UNITED STATES DISTRICT COURT JUDGE