STAN S. MALLISON (Bar No. 184191)
  Stanm@TheMMLawFirm.com
HECTOR R. MARTINEZ (Bar No. 206336)
  Hectorm@TheMMLawFirm.com
MALLISON & MARTINEZ
1939 Harrison Street, Suite 730
Oakland, California 94612-3547
Telephone: (510) 832-9999
Facsimile: (510) 832-1101

Attorneys for Plaintiffs

McCormick Barstow LLP
  Christina C. Tillman, #258627
Christina.tillman@mccormickbarstow.com
7647 North Fresno Street
Fresno, CA 93720
Telephone: (559) 433-1300

Attorneys for Defendant DELTA PACKING COMPANY OF LODI

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRA PEREZ, ARACELI MAGDALENO, MARTIN PRUDENCIO DIAZ, JAIME ESPINOZA, MARTIN MENDOZA CARRILLO, SAUL TOLENO, LUIS TORRES, FELIX RAFAEL, NICOLAS BOLANOS, MARISOL CUEVAS R., AUGUSTO PABLO CHALES, and MIGUEL ANDRES, individually, and on behalf of others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> DELTA PACKING COMPANY OF LODI, a California Corporation, JONNY DIAZ FLORES, an individual; PABLO DIAZ FLORES, an individual; LUCIANO DIAZ BERNABE, an individual, and DOES ONE through TWENTY inclusive, <br><br> Defendants. | Case No.: 2:19-cv-02228-JAM-EFB <br><br> **JOINT STIPULATION AND ORDER TO CONTINUE LOCAL RULE 160 DEADLINE TO FILE DISPOSITIONAL DOCUMENTS** |

1  Pursuant to Rules 26 and 29 of the Federal Rules of Civil Procedure, Plaintiffs ALEJANDRA
2  PEREZ, ARACELI MAGDALENO, MARTIN PRUDENCIO DIAZ, JAIME ESPINOZA, MARTIN
3  MENDOZA CARRILLO, SAUL TOLENO, LUIS TORRES, FELIX RAFAEL, NICOLAS BOLANOS,
4  MARISOL CUEVAS R., AUGOSTO PABLO CHALES, and MIGUEL ANDRES ("Plaintiffs") by and
5  through their counsel of record, Mallison & Martinez, and Defendant DELTA PACKING COMPANY
6  OF LODI ("Defendant"), by and through its counsel of record, McCormick, Barstow, Sheppard, Wayte
7  & Carruth LLP (collectively, the "Parties") hereby stipulate to continue the dispositional document
8  deadline (Doc.25) as described below.

WHEREAS, the Court's February 25, 2022 Order sets the following deadline:

- March 18, 2022: Deadline to file dispositional documents.

WHEREAS, the Parties reached an agreement to settle this case;

WHEREAS, the Parties are in the process of finalizing the aforementioned settlement agreement;

NOW THEREFORE, the Parties STIPULATE as follows and respectfully request the Court continue the following deadline as follows:

- April 15, 2022: Deadline to file dispositional documents.

Respectfully submitted,

Dated: March 21, 2022                                  Respectfully submitted,

                                                       MALLISON & MARTINEZ


                                                       /s/Hector R. Martinez
                                                       Stan S. Mallison
                                                       Hector R. Martinez
                                                       Daniel C. Keller
                                                       Attorneys for Plaintiff

2

Joint Stipulation and Order                                              Case No. 2:19-cv-02228-JAM-EFB

Dated:  March 21, 2022               Respectfully submitted,

                                     MCCORMICK BARSTOW LLP


                                      /s/Christina Tillman
                                     Christina Tillman
                                     Attorney for Defendant

# ORDER

The Court, having fully considered the Parties' Continuing Dispositional Deadline, HEREBY ORDERS the following change to the Dispositional Document Order (Doc.25):

- April 15, 2022: Deadline to file dispositional documents.

**IT IS SO ORDERED.**

Dated: March 23, 2022

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE