STAN S. MALLISON (Bar No. 184191)
   Stanm@TheMMLawFirm.com
HECTOR R. MARTINEZ (Bar No. 206336)
   Hectorm@TheMMLawFirm.com
MALLISON & MARTINEZ
1939 Harrison Street, Suite 730
Oakland, California 94612-3547
Telephone: (510) 832-9999
Facsimile: (510) 832-1101

Attorneys for Plaintiffs

McCormick Barstow LLP
   Christina C. Tillman, #258627
Christina.tillman@mccormickbarstow.com
7647 North Fresno Street
Fresno, CA 93720
Telephone: (559) 433-1300

Attorneys for Defendant DELTA PACKING COMPANY OF LODI

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRA PEREZ, ARACELI MAGDALENO, MARTIN PRUDENCIO DIAZ, JAIME ESPINOZA, MARTIN MENDOZA CARRILLO, SAUL TOLENO, LUIS TORRES, FELIX RAFAEL, NICOLAS BOLANOS, MARISOL CUEVAS R., AUGUSTO PABLO CHALES, and MIGUEL ANDRES, individually, and on behalf of others similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>DELTA PACKING COMPANY OF LODI, a California Corporation, JONNY DIAZ FLORES, an individual; PABLO DIAZ FLORES, an individual; LUCIANO DIAZ BERNABE, an individual, and DOES ONE through TWENTY inclusive,<br><br>    Defendants. | Case No.: 2:19-cv-02228-KJM-JDP<br><br>**JOINT STIPULATION AND ORDER TO CONTINUE LOCAL RULE 160 DEADLINE TO FILE DISPOSITIONAL DOCUMENTS** |

Pursuant to Rules 26 and 29 of the Federal Rules of Civil Procedure, Plaintiffs ALEJANDRA PEREZ, ARACELI MAGDALENO, MARTIN PRUDENCIO DIAZ, JAIME ESPINOZA, MARTIN MENDOZA CARRILLO, SAUL TOLENO, LUIS TORRES, FELIX RAFAEL, NICOLAS BOLANOS, MARISOL CUEVAS R., AUGUSTO PABLO CHALES, and MIGUEL ANDRES ("Plaintiffs") by and through their counsel of record, Mallison & Martinez, and Defendant DELTA PACKING COMPANY OF LODI ("Defendant"), by and through its counsel of record, McCormick, Barstow, Sheppard, Wayte & Carruth LLP (collectively, the "Parties") hereby stipulate to continue the dispositional document deadline (Doc.25) as described below.

WHEREAS, the Court's February 25, 2022, Order sets the following deadline:

- March 18, 2022: Deadline to file dispositional documents.

WHEREAS, the Parties reached an agreement to settle this case;

WHEREAS, the Parties are in the process of finalizing the aforementioned settlement agreement;

WHEREAS, the Parties have finalized the settlement agreement and are in the process of obtaining signatures on the settlement agreement;

WHEREAS, the Parties had previously stipulated on March 21, 2022, to extend the deadline to file dispositional documents until April 15, 2022;

NOW THEREFORE, the Parties STIPULATE as follows and respectfully request the Court continue the deadline as follows:

- May 6, 2022: Deadline to file dispositional documents.

Respectfully submitted,

Dated:  April 15, 2022

Respectfully submitted,

MALLISON & MARTINEZ

Stan S. Mallison
Hector R. Martinez
Attorneys for Plaintiff

Dated:  April 15, 2022                                    Respectfully submitted,

                                                          MCCORMICK BARSTOW LLP

                                                          _____
                                                          Christina Tillman
                                                          Attorney for Defendant

## ORDER

The Court, having fully considered the Parties' Continuing Dispositional Deadline, HEREBY ORDERS the following change to the Dispositional Document Order (Doc.25):

- May 6, 2022: Deadline to file dispositional documents.

**IT IS SO ORDERED.**

DATED:  April 26, 2022

_____
CHIEF UNITED STATES DISTRICT JUDGE