STAN S. MALLISON (Bar No. 184191)
    Stanm@TheMMLawFirm.com
HECTOR R. MARTINEZ (Bar No. 206336)
    Hectorm@TheMMLawFirm.com
MALLISON & MARTINEZ
1939 Harrison Street, Suite 730
Oakland, California 94612-3547
Telephone: (510) 832-9999
Facsimile: (510) 832-1101

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRA PEREZ, ARACELI MAGDALENO, MARTIN PRUDENCIO DIAZ, JAIME ESPINOZA, MARTIN MENDOZA CARRILLO, SAUL TOLENO, LUIS TORRES, FELIX RAFAEL, NICOLAS BOLANOS, MARISOL CUEVAS R., AUGOSTO PABLO CHALES, and MIGUEL ANDRES, individually, and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>DELTA PACKING COMPANY OF LODI, a California Corporation, JONNY DIAZ FLORES, an individual; PABLO DIAZ FLORES, an individual; LUCIANO DIAZ BERNABE, an individual, and DOES ONE through TWENTY inclusive,<br><br>Defendants. | Case No.:  2:19-cv-02228-KJM-JDP<br><br>**PLAINTIFFS' REQUEST FOR EXTENSION AND ORDER TO CONTINUE LOCAL RULE  160 DEADLINE TO FILE DISPOSITIONAL DOCUMENTS; ORDER** |

1  Pursuant to Rules 26 and 29 of the Federal Rules of Civil Procedure, Plaintiffs ALEJANDRA
2  PEREZ, ARACELI MAGDALENO, MARTIN PRUDENCIO DIAZ, JAIME ESPINOZA, MARTIN
3  MENDOZA CARRILLO, SAUL TOLENO, LUIS TORRES, FELIX RAFAEL, NICOLAS BOLANOS,
4  MARISOL CUEVAS R., AUGUSTO PABLO CHALES, and MIGUEL ANDRES ("Plaintiffs") by and
5  through their counsel of record, Mallison & Martinez, and Defendant DELTA PACKING COMPANY
6  OF LODI ("Defendant"), by and through its counsel of record, McCormick, Barstow, Sheppard, Wayte
7  & Carruth LLP (collectively, the "Parties") hereby stipulate to continue the dispositional document
8  deadline (Doc.25) as described below.

9  WHEREAS, the Court's February 25, 2022 Order sets the following deadline:
10  - March 18, 2022: Deadline to file dispositional documents.
11  WHEREAS, the Parties reached an agreement to settle this case;
12  WHEREAS, the Parties filed a Stipulation and Order to extend the deadline;
13  WHEREAS, on April 18, 2022 the Court extended the deadline to file dispositional documents
14  until May 6, 2022;
15  WHEREAS, Plaintiffs' counsel has been unable to reach six (6) clients and are unable to
16  complete execution of the settlement agreement;
17  WHEREAS, Defendant's counsel is currently unavailable until May 18, 2022 and are unable to
18  stipulate to the extension;
19  NOW THEREFORE, the Plaintiffs respectfully request the Court continue the following
20  deadline as follows:
21  - June 30, 2022: Deadline to file dispositional documents.
22  Respectfully submitted,

Dated:  May 16, 2022

Respectfully submitted,

MALLISON & MARTINEZ

/s/Hector R. Martinez
Stan S. Mallison
Hector R. Martinez
Attorneys for Plaintiff

### ORDER

The Court, having fully considered the Plaintiffs' request Continuing Dispositional Deadline and absent a stipulation to extend the deadline to June 30, 20222, HEREBY ORDERS the following change to the Dispositional Document Order (Doc.25):

- May 27, 2022: Deadline to file dispositional documents.

**IT IS SO ORDERED.**

DATED:  May 20, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE