STAN S. MALLISON (Bar No. 184191)
  Stanm@TheMMLawFirm.com
HECTOR R. MARTINEZ (Bar No. 206336)
  Hectorm@TheMMLawFirm.com
MALLISON & MARTINEZ
1939 Harrison Street, Suite 730
Oakland, California 94612-3547
Telephone: (510) 832-9999
Facsimile: (510) 832-1101

Attorneys for Plaintiffs

McCormick Barstow LLP
  Christina C. Tillman, #258627
Christina.tillman@mccormickbarstow.com
7647 North Fresno Street
Fresno, CA 93720
Telephone: (559) 433-1300

Attorneys for Defendant DELTA PACKING COMPANY OF LODI

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRA PEREZ, ARACELI MAGDALENO, MARTIN PRUDENCIO DIAZ, JAIME ESPINOZA, MARTIN MENDOZA CARRILLO, SAUL TOLENO, LUIS TORRES, FELIX RAFAEL, NICOLAS BOLANOS, MARISOL CUEVAS R., AUGOSTO PABLO CHALES, and MIGUEL ANDRES, individually, and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>DELTA PACKING COMPANY OF LODI, a California Corporation, JONNY DIAZ FLORES, an individual; PABLO DIAZ FLORES, an individual; LUCIANO DIAZ BERNABE, an individual, and DOES ONE through TWENTY inclusive,<br><br>Defendants. | Case No.: 2:19-cv-02228-JAM-EFB<br><br>**JOINT STIPULATION AND ORDER TO CONTINUE LOCAL RULE 160 DEADLINE TO FILE DISPOSITIONAL DOCUMENTS** |

Pursuant to Rules 26 and 29 of the Federal Rules of Civil Procedure, Plaintiffs ALEJANDRA PEREZ, ARACELI MAGDALENO, MARTIN PRUDENCIO DIAZ, JAIME ESPINOZA, MARTIN MENDOZA CARRILLO, SAUL TOLENO, LUIS TORRES, FELIX RAFAEL, NICOLAS BOLANOS, MARISOL CUEVAS R., AUGUSTO PABLO CHALES, and MIGUEL ANDRES ("Plaintiffs") by and through their counsel of record, Mallison & Martinez, and Defendant DELTA PACKING COMPANY OF LODI ("Defendant"), by and through its counsel of record, McCormick, Barstow, Sheppard, Wayte & Carruth LLP (collectively, the "Parties") hereby stipulate to continue the dispositional document deadline (Doc.25) as described below.

WHEREAS, the Court's May 20, 2022, Order sets the following deadline:

- May 27, 2022: Deadline to file dispositional documents.

WHEREAS, the Parties reached an agreement to settle this case;

WHEREAS, the Parties have finalized the settlement agreement and Plaintiffs' counsel has diligently sought out obtaining all twelve Plaintiffs' signatures on the settlement agreement but to date has only obtained six signatures.

WHEREAS, the Parties will now renegotiate the settlement agreement while Plaintiffs continue to diligently seek out other Plaintiffs' signatures.

NOW THEREFORE, the Parties STIPULATE as follows and respectfully request the Court continue the deadline as follows:

- June 17, 2022: Deadline to file dispositional documents.

Respectfully submitted,

Dated: May 31, 2022

Respectfully submitted,

MALLISON & MARTINEZ

/s/Tania Fonseca
Stan S. Mallison
Hector R. Martinez
Attorneys for Plaintiff

Dated:  May 31, 2022                  Respectfully submitted,

MCCORMICK BARSTOW LLP

 /s/Christina Tillman
Christina Tillman
Attorney for Defendant

**ORDER**

The Court, having fully considered the Parties' Continuing Dispositional Deadline, HEREBY ORDERS the following change to the Dispositional Document Order (Doc.25):

- June 17, 2022: Deadline to file dispositional documents.

**IT IS SO ORDERED.**

DATED: June 15, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE