STAN S. MALLISON (Bar No. 184191)
    Stanm@TheMMLawFirm.com
HECTOR R. MARTINEZ (Bar No. 206336)
    Hectorm@TheMMLawFirm.com
MALLISON & MARTINEZ
1939 Harrison Street, Suite 730
Oakland, California 94612-3547
Telephone: (510) 832-9999
Facsimile: (510) 832-1101

Attorneys for Plaintiffs

McCormick Barstow LLP
    Christina C. Tillman, #258627
Christina.tillman@mccormickbarstow.com
7647 North Fresno Street
Fresno, CA 93720
Telephone: (559) 433-1300

Attorneys for Defendant DELTA PACKING COMPANY OF LODI

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRA PEREZ, ARACELI MAGDALENO, MARTIN PRUDENCIO DIAZ, JAIME ESPINOZA, MARTIN MENDOZA CARRILLO, SAUL TOLENO, LUIS TORRES, FELIX RAFAEL, NICOLAS BOLANOS, MARISOL CUEVAS R., AUGOSTO PABLO CHALES, and MIGUEL ANDRES, individually, and on behalf of others similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>DELTA PACKING COMPANY OF LODI, a California Corporation, JONNY DIAZ FLORES, an individual; PABLO DIAZ FLORES, an individual; LUCIANO DIAZ BERNABE, an individual, and DOES ONE through TWENTY inclusive,<br><br>    Defendants. | Case No.: 2:19-cv-02228-KJM-JDP<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE LOCAL RULE 160 DEADLINE TO FILE DISPOSITIONAL DOCUMENTS** |

**ORDER**

The Court, having fully considered the Parties' Continuing Dispositional Deadline, HEREBY ORDERS the following change to the Dispositional Document Order (Doc. 35):

- August 15, 2022: Deadline to file dispositional documents.

**IT IS SO ORDERED.**

DATED:  June 24, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE