UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRA PEREZ, et al., | No. 2:19-cv-02228-DAD-JDP |
| Plaintiffs, | |
| v. | ORDER DISMISSING PLAINTIFFS MARTIN MENDOZA CARRILLO AND MIGUEL ANDRES FROM THIS ACTION DUE TO THEIR FAILURE TO PROSECUTE AND FAILURE TO COMPLY WITH A COURT ORDER |
| DELTA PACKING COMPANY OF LODI, et al., | |
| Defendants. | |

On May 17, 2023, the court issued an order directing plaintiffs Martin Mendoza Carrillo and Miguel Andres "to individually inform the court in writing within fourteen (14) days of the service of this order whether he intends to continue prosecuting this action and, if so, whether he intends to obtain substitute counsel or proceed *pro se*." (Doc. No. 49 at 6.) In that order, the court warned plaintiffs Carrillo and Andres that "their failure to respond to the court's order in this regard will result in their dismissal from this action due to their failure to prosecute and failure to comply with the court's order." (*Id.*)

The deadline set by the court's May 17, 2023 order has now passed. To date, plaintiffs Carrillo and Andres have not complied with that order, or otherwise communicated with the court. It thus appears that plaintiffs Carrillo and Andres have no intention to continue their participation as named plaintiffs in this putative class action and have abandoned this litigation.

/////

Accordingly, the court will dismiss plaintiffs Carrillo and Andres from this action, without prejudice, due to their failure to prosecute this action and failure to comply with a court order.

For the reasons explained above:

1. Plaintiff Martin Mendoza Carrillo is dismissed from this action;

2. Plaintiff Miguel Andres is dismissed from this action; and

3. The Clerk of the Court is directed to update the docket to reflect that both plaintiff Martin Mendoza Carrillo and plaintiff Miguel Andres have been terminated as named plaintiffs in this action.

IT IS SO ORDERED.

Dated:   **June 6, 2023**                    _____
                                              UNITED STATES DISTRICT JUDGE